NO. 07-02-0079-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

OCTOBER 4, 2002

______________________________

IN THE MATTER OF THE MARRIAGE OF

PAUL ALONZO AND PAT H. ALONZO

_________________________________

FROM THE 108
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 63,585-E; HONORABLE ABE LOPEZ, JUDGE

_______________________________

Before JOHNSON and REAVIS, JJ., and BOYD, SJ.
(footnote: -6)
 Appellant Pat H. Alonzo seeks to appeal from a final decree of divorce rendered by the 108
th
 District Court.  The case was heard January 24, 2002.  She filed her pro se notice of appeal on January 29
th
, although the final decree was not signed until April 26, 2002.  The clerk’s record was filed May 22, 2002.  This made the reporter’s record due June 25, 2002.  Tex. R. App. P. 35.1.  No record or brief was received.  In fulfillment of the duty this court shares with the trial court reporter for filing the record, Tex. R. App. P. 35.3, the court clerk contacted the official court reporter to determine the status of the record.  The reporter advised the court that she had not received a request to prepare a reporter’s record or payment for preparation of a record.  The court clerk informed appellant of this by letter dated May 30, 2002, and advised her that if we did not receive proof of her request for a reporter’s record within 10 days, we would consider those issues which do not require a reporter’s record.  Tex. R. App. P. 37.3(c).  No response was filed, nor has appellant filed a brief or motion for extension of time to file a brief.  The limited record before us presents nothing for us to review.  

We therefore dismiss the appeal for want of prosecution.  Tex. R. App. P. 38.8(a)(1).

Per Curiam

Do not publish.

FOOTNOTES
-6:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov’t Code Ann. § 75.002(a)(1) (Vernon Supp. 2002).